1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   DARRELL J. MOORE, SR.,          )    No. CV 11-3391-GW(CW)
                                      )
13                  Plaintiff,        )    ORDER ACCEPTING REPORT AND
                                      )    RECOMMENDATION OF UNITED STATES
14             v.                     )    MAGISTRATE JUDGE
                                      )
15   RUDOLF MONTIEL, et al.,          )
                                      )
16                  Defendants.       )
     ─────────────────────────────── )

17

18        Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the

19   entire record in this action, as well as the Report and Recommendation

20   of the United States Magistrate Judge.  The court has engaged in a <u>de</u>

21   <u>novo</u> review of those portions of the Report and Recommendation to

22   which objection has been made.  The court accepts the findings and

23   recommendation of the Magistrate Judge, with the following correction:

24   at P. 10, line 7, the heading should read, "COA 3 SHOULD BE DISMISSED

25   ON GROUNDS OF IMMUNITY."

26        **IT IS THEREFORE ORDERED** that Defendants' motions to dismiss

27   (docket nos. 15, 19, and 22) filed May 31, 2011 be granted; that the

28   complaint be dismissed without leave to amend; and that judgment be

                                      1

1  entered dismissing Plaintiff's state law claims in COA 1 without

2  prejudice and dismissing all other claims, with prejudice, for failure

3  to state a claim and, as to Defendant Judge Jones, on grounds of

4  immunity.

5

6  DATED:   February 5, 2013

7

8                                              GEORGE H. WU
                                        United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28