# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL J. MOORE, SR., | No. CV 11-3391-GW(CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| RUDOLF MONTIEL, et al., | |
| Defendants. | |

**IT IS ADJUDGED** that this action is dismissed without prejudice as to Plaintiff's state law claims in COA, and with prejudice as to all other claims.

DATED:  February 5, 2013

*/s/ George H. Wu*

GEORGE H. WU
United States District Judge